### 18513.  BLAIR *v.* BARNWELL TRUST INCORPORATED.

BLOODWORTH, J. 1. The motion to dismiss the writ of error is denied.

2. The court did not err in overruling the demurrer to the petition.

3. The judge then presiding did not err in the final order, dated August 15, 1927, dismissing the motion for a new trial.

   *Judgment affirmed. Broyles, C. J., concurs. Luke, J., dissents.*

   DECIDED DECEMBER 13, 1927. REHEARING DENIED JANUARY 7, 1928.

Complaint; from Douglas superior court—Judge Edwards. August 15, 1927.

Application for certiorari was made to the Supreme Court.

*W. A. James, C. M. James,* for plaintiff in error.

*Clarke & Clarke,* contra.